Case 1:18-cv-04472-ARR-RER   Document 16   Filed 12/31/18   Page 1 of 1 PageID #: 35

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 3 - 2019 ★

BROOKLYN OFFICE

Gerron Wade, individually and on behalf of all others similarly situated,

    Plaintiff,

-against-

Arcadia Recovery Bureau, LLC,

    Defendant.

Docket No: 1:18-cv-04472-ARR-RER

**STIPULATION OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that, whereas no party in this action is an infant or incompetent, the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: December 29, 2018

| **BARRON & NEWBURGER, P.C.** | **BARSHAY SANDERS, PLLC** |
|---|---|
| By: /s Arthur Sanders | By: /s Craig B. Sanders |
| Arthur Sanders, Esq. | Craig B. Sanders |
| 30 South Main Street | 100 Garden City Plaza, Suite 500 |
| New City, New York 10956 | Garden City, New York 11530 |
| Tel: (845) 499-2990 | Tel. (516) 203-7600 |
| *Attorneys for Defendant* | Email: *ConsumerRights@BarshaySanders.com* |
| | Our File No: 114699 |
| | *Attorneys for Plaintiff* |

So ordered. /s/(ARR) USDJ
1/2/19